# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ANN RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00082-BAM<br><br>ORDER TO SHOW CAUSE WHY APPLICATION FOR ADMISSION PRO HAC VICE SHOULD NOT BE DENIED<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

On March 29, 2018, Plaintiff Jennifer Ann Rodriguez filed a complaint seeking review of the Commissioner of Social Security's denial of her social security benefits. (Doc. No. 1.) On January 17, 2019, Karl E. Osterhout, counsel for Plaintiff, submitted an application for admission to practice pro hac vice. (Doc No. 3.)

Local Rule 180 governs the admission of attorneys to practice pro hac vice in this Court. Pursuant to Local Rule 180(b)(2),

> "Unless authorized by the Constitution of the United States or an Act of Congress, an attorney is not eligible to practice [pro hac vice] if any one or more of the following apply: (i) the attorney resides in California, (ii) the attorney is regularly employed in California, or (iii) the attorney is regularly engaged in professional activities in California."

L.R. 180(b)(2).

According to Mr. Osterhout's application, he concurrently or within the preceding year has made four (4) pro hac vice applications to this Court, all of which have been granted. (Doc. No.

1

3.) Frequent applications for admission pro hac vice may indicate that an attorney is regularly engaged in professional activities in California in violation of Local Rule 180(b)(2). *See, e.g., Guguni v. Chertoff,* 2008 WL 2080788 (N.D. Cal. 2008); *Mendoza v. Golden West Sav. Ass'n Services Co.*, 2009 WL 2050486 (C.D. Cal. 2009); *Ang v. Bimbo Bakeries USA, Inc.,* 2015 WL 1474866 (N.D. Cal. 2015).

Accordingly, Karl E. Osterhout is HEREBY ORDERED to SHOW CAUSE why his application for admission pro hac vice should not be denied on the basis that he is regularly engaged in professional activities in California. Mr. Osterhout shall file a written response to this order to show cause within **twenty-one (21) days** of service of this order. The Clerk of Court is further directed to serve a copy of this order on Mr. Osterhout at his business address indicated in his application for admission pro hac vice. (Doc. No. 3.)

Failure to respond to this order to show cause may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **February 15, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE